IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                                                      CAUSE NO. 1:25-CR-2-DMB-DAS

MARCEL DE JESUS BENITEZ-GONZALEZ                                        DEFENDANT

ORDER DENYING MOTION FOR
DETENTION HEARING AND FOR PRETRIAL RELEASE

The defendant Marcel de Jesús Benitez-Gonzalez has filed a motion for detention hearing and pretrial release. Doc. 52. The defendant was detained after a hearing before a Magistrate Judge in the District of Arizona [Doc. 19-2] and now argues "continued detention is no longer necessary to reasonably assure appearance or community safety." The defendant seeks reconsideration of his detention based on the codefendant's pretrial release, a plan to relocate his family to the district, extraordinary family hardship, and the lack of evidence showing a continued pattern of criminal activity.

Once a decision on detention has been made, the standard for reopening the hearing requires a finding "that information exists that was not known to the movant at the time of the hearing and […] has a material bearing" on the detention analysis. 18 U.S.C.A. § 3142(f). The Fifth Circuit interprets this standard to require "new" information that was not available or known to the defendant at the time of the initial detention decision. *See United States v. Stanford*, 367 F. App'x 507, 510 (5th Cir. 2010). For example, witness testimony that could have been presented at the initial hearing is not considered "new" information. *United States v. Hare*, 873 F.2d 796, 799 (5th Cir. 1989).

The court has considered the motion and finds the defendant has failed to establish the existence of evidence unavailable to him at the time of his detention hearing having a material bearing on the court's detention analysis. Further, the Department of Homeland Security has issued an

Immigration Detainer for the defendant making the issue of release moot. The Motion for Detention Hearing and Pretrial Release is DENIED.

SO ORDERED, this the 17th day of June, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE