IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                                    CRIMINAL CAUSE NO. 1:25-CR-2-DMB-DAS

MARCEL DE JESUS BENITEZ-GONZALEZ                                           DEFENDANT

<u>ORDER</u>

On June 5, 2026, the defendant Marcel De Jesus Benitez-Gonzalez filed a Motion for Disclosure of Brady, Giglio, Napue, and Related Exculpatory and Impeachment Evidence [Doc. 53] and a Motion for Early Disclosure of Jencks Act Material, Rule 26.2 Material, and Prior Witness Statements [Doc. 55]. On June 29, 2026, the government filed a joint response to these motions stating it has complied with its obligations under the July 11, 2025 Scheduling Order and the Federal Rules of Criminal Procedure and fully intends to comply with its continuing duty – whether under the Constitution, *Brady*, *Giglio*, or *Napue* – to disclose discoverable evidence as it becomes known. Regarding the defendant's request for the early disclosure of Jencks Act material, the government states its intention to comply with the deadline set forth in the Scheduling Order and argues the defendant has failed to establish why earlier disclosure is warranted.

The Court finds that, at this time, the government has fully complied with its discovery obligations in this case and further finds no basis to depart from the deadlines established by the Scheduling Order for future production. The defendant may renew his motions should the government fail to comply with its discovery obligations; however, at this time, the court finds no reason to order the government to produce evidence it is already obligated to produce whether under the Scheduling Order, Constitution, or otherwise.

The defendant's Motion for Disclosure of Brady, Giglio, Napue, and Related Exculpatory and Impeachment Evidence and a Motion for Early Disclosure of Jencks Act Material, Rule 26.2 Material, and Prior Witness Statements are DENIED.

SO ORDERED this the 6th day of July, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE